UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAUREL SNYDER,<br><br>                  Plaintiff,<br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | CASE NO. 2:24-cv-01902-LK<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

This matter comes before the Court on the parties' Stipulated Motion to Remand in which they stipulate that "[t]he Court should, pursuant to sentence four of 42 U.S.C. § 405(g), reverse and remand [this] case to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Laurel Snyder's application for Disability Insurance Benefits under Title II of the Social Security Act[.]" Dkt. No. 15 at 1. They also agree that "Plaintiff should be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d)." *Id.* at 2.

Having reviewed the stipulated motion and the remainder of the record, the Court GRANTS the parties' stipulated motion, Dkt. No. 15, and ORDERS that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner of Social Security is reversed and this case is remanded to the Commissioner for further administrative proceedings and a new decision with respect to Plaintiff Laurel Snyder's application for Disability Insurance Benefits under Title II of the Social Security Act. On remand, the administrative law judge should:

1. Offer Ms. Snyder the opportunity for a hearing,

2. Take any action necessary to further develop the record, and

3. Issue a new decision.

Ms. Snyder is entitled to move for reasonable attorney's fees and costs, pursuant to 28 U.S.C. § 2412(d).

Dated this 4th day of April, 2025.

*Lauren King*

Lauren King
United States District Judge